EXHIBIT A

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

**Earnest O. Dublin,** *et al.*
    Plaintiffs,

vs.

**Feta Transport, Inc.,** *et al.*

    Defendants.

CASE NO. 22 CV 006429

Judge Michael J. Holbrook

**PLAINTIFF EARNEST O. DUBLIN RESPONSES TO DEFENDANT FETA TRANSPORT, INC.'S FIRST SET OF REQUESTS FOR ADMISSION**

Now comes Plaintiff Earnest O. Dublin, by and through counsel, responses to the Requests for Admission from Defendant Feta Transport, Inc. ("Feta").

**REQUESTS FOR ADMISSION**

1. Admit that in this civil action, you, Earnest O. Dublin, seek in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

**RESPONSE:**

Admit.

2. Admit you are a citizen of the State of Ohio.

**RESPONSE:**

Admit.

Dated: November 23, 2022

1

# EXHIBIT A

Respectfully submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

_____/s/ John A. Smalley_____
John A. Smalley (0029540)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio  45402
Telephone # (937) 223-8888
Facsimile # (937) 824-8630
jsmalley@dgmslaw.com

**CERTIFICATE OF SERVICE**

     The undersigned does hereby certify that a copy of the foregoing has been served upon the following by regular and/or electronic mail this 23 day of November, 2022

Jason P Walker, Esq.
Ryan M. Pelfrey, Esq.
Rolfes Henry Co., LPA
41 S. High Street, Suite 2300
Columbus, OH  43215

_____/s/ John A. Smalley_____
John A. Smalley (0029540)
Attorney for Plaintiff

EXHIBIT A

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

**Earnest O. Dublin,** *et al.*
    Plaintiffs,
vs.
**Feta Transport, Inc.,** *et al.*

    Defendants.

CASE NO. 22 CV 006429
Judge Michael J. Holbrook

### PLAINTIFF TINA KIMBERLIN RESPONSES TO DEFENDANT FETA TRANSPORT, INC.'S FIRST SET OF REQUESTS FOR ADMISSION

Now comes Plaintiff Tina Kimberlin, by and through counsel, responses to the Requests for Admission from Defendant Feta Transport, Inc. ("Feta").

### REQUESTS FOR ADMISSION

1. Admit that in this civil action, you, Tina Kimberlin, seek in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

**RESPONSE:**

Admit.

2. Admit you are a citizen of the State of Ohio.

**RESPONSE:**

Admit.

Dated: November 23, 2022

# EXHIBIT A

Respectfully submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

_____/s/ John A. Smalley_____
John A. Smalley (0029540)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio  45402
Telephone # (937) 223-8888
Facsimile # (937) 824-8630
jsmalley@dgmslaw.com

**CERTIFICATE OF SERVICE**

　　The undersigned does hereby certify that a copy of the foregoing has been served upon the following by regular and/or electronic mail this 23 day of November, 2022

Jason P Walker, Esq.
Ryan M. Pelfrey, Esq.
Rolfes Henry Co., LPA
41 S. High Street, Suite 2300
Columbus, OH  43215

_____/s/ John A. Smalley_____
John A. Smalley (0029540)
Attorney for Plaintiff