EXHIBIT C

## IN THE COMMON PLEAS COURT OF FRANKLIN COUNTY, OHIO
## CIVIL DIVISION

| | |
|---|---|
| Earnest O. Dublin<br>1670 Niagara Road<br>Columbus, OH 43227<br><br>And<br><br>Tina Kimberlin<br>4376 Belcher Court Apt A<br>Columbus, OH 43224<br><br>Plaintiff<br><br>v.<br><br>FETA Transport, Inc.<br>2155 Delhi St N/E<br>Holt, MI 48842<br><br>and<br><br>John Doe<br>c/o FETA Transport, Inc.<br>2155 Delhi St. N/E<br>Holt, MI 48842<br><br>Defendants. | Case No.:<br><br>Judge<br><br><br><br>**COMPLAINT FOR PERSONAL<br>INJURIES WITH JURY DEMAND<br>ENDORSED HEREIN** |

### FIRST CLAIM FOR RELIEF

1.     On or about January 4, 2022, Plaintiff, Earnest O. Dublin (hereafter "Plaintiff"),

was operating a motor vehicle traveling in a southbound direction on Interstate 71, in Columbus,

Franklin County, Ohio, when Defendant, John Doe, who was operating a motor vehicle in the

scope and course of his employment, traveling in a southbound direction on Interstate 71,

negligently moved into Plaintiff's lane forcing Plaintiff's vehicle out of his lane and onto the

berm where he collided with an object off the right side of the road.

EXHIBIT C

2.　　At all relevant times, Defendant, John Doe, was in the employ of Defendant,

FETA Transport, Inc., and was acting as an agent of Defendant, FETA Transport, Inc., at the

time of the accident.

3.　　At all relevant times, Defendant, FETA Transport, Inc., negligently entrusted the

vehicle to Defendant, John Doe, an inexperienced and incompetent driver.

4.　　As the proximate result of the negligence of Defendants, FETA Transport, Inc.

and/ or John Doe, Plaintiff, sustained injuries and damages as follows:

　　　　　a.　　Bodily injuries;

　　　　　b.　　Great pain and suffering, both physical and emotional, and
　　　　　　　　loss of ability to perform usual functions and the injuries
　　　　　　　　will cause further pain and suffering and loss of ability to
　　　　　　　　perform usual functions in the future;

　　　　　c.　　Reasonable and necessary medical expenses in excess of an
　　　　　　　　amount yet to be determined, as well as further medical
　　　　　　　　expenses to be incurred in the future;

　　　　　d.　　Miscellaneous out of pocket expenses in an amount yet to be determined.

5.　　The aforesaid negligence of Defendants, FETA Transport, Inc. and/ or John Doe,

was the direct and proximate cause of the injuries and damages to Plaintiff

**WHEREFORE**, Plaintiff, Earnest O. Dublin, demands judgment against the Defendants,

FETA Transport, Inc. and/ or John Doe, jointly and severely, in an amount in excess of

$25,000.00, plus interest and the costs of this action.

## SECOND CLAIM FOR RELIEF

6.　　Plaintiff incorporate each and every allegation contained in the First Claim for

Relief as though fully rewritten herein.

7.　　As the proximate result of the negligence of Defendants, FETA Transport, Inc.

and/ or John Doe, Plaintiff, Tina Kimberlin, sustained injuries and damages as follows:

EXHIBIT C

    a.    Bodily injuries;

    b.    Pain and suffering, both physical and emotional, and loss of ability to perform usual functions and the injuries will cause further pain and suffering and loss of ability to perform usual functions in the future;

    c.    Reasonable and necessary medical expenses in excess of $***, as well as further medical expenses to be incurred in the future;

    d.    Miscellaneous out of pocket expenses.

8.    The aforesaid negligence of Defendants, FETA Transport, Inc. and/ or John Doe,

was the direct and proximate cause of the injuries and damages to Plaintiff, Tina Kimberlin.

**WHEREFORE**, Plaintiff, Tina Kimberlin, demands judgment against the Defendants,

FETA Transport, Inc. and/ or John Doe, in an amount in excess of $25,000.00, plus interest and

the costs of this action.

Respectfully submitted,

DYER, GAROFALO, MANN & SCHULTZ

John A. Smalley, Esq. (0029540)
Attorney for Plaintiff
131 North Ludlow Street
Suite 1400
Dayton, Ohio 45402
Telephone: (937) 223-8888
jsmalley@dgmslaw.com

EXHIBIT C

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

Respectfully submitted,

DYER, GAROFALO, MANN & SCHULTZ

John A. Smalley, Esq. (0029540)
Attorney for Plaintiff
131 North Ludlow Street
Suite 1400
Dayton, Ohio 45402
Telephone: (937) 223-8888
jsmalley@dgmslaw.com

0G086 - X70

**MARYELLEN O'SHAUGHNESSY**

EXHIBIT C

**FRANKLIN COUNTY CLERK OF COURTS**
**GENERAL DIVISION, COURT OF COMMON PLEAS**

**MICHAEL HOLBROOK**

CASE TITLE: EARNEST O DUBLIN ET AL -VS- FETA TRANSPORT INC ET AL

CASE NUMBER: 22CV006429

**CLERK'S ORIGINAL CASE SCHEDULE**

| | LATEST TIME OF OCCURRENCE |
|---|---|
| CASE FILED | 09/16/22 |
| INITIAL DISCLOSURES OF THE PARTIES [CIV. R. 26(B)(3)] | 11/11/22 |
| DISCOVERY CONFERENCE OF COUNSEL AND UNREPRESENTED PARTIES [CIV. R. 26(F)] | 12/09/22 |
| JOINT DISCOVERY PLAN TO BE FILED | 14 DAYS AFTER PARTIES DISCOVERY CONFERENCE |
| CASE MANAGEMENT/PRETRIAL CONFERENCE WITH COURT | 01/09/23 0900AM |
| EXPERT WITNESS [CIV. R. 26(B)(7)] | |
| DISCLOSE IDENTITY - PARTY WITH BURDEN | 02/13/23 |
| DISCLOSE IDENTITY - PARTY WITHOUT BURDEN | NO LATER THAN 30 DAYS AFTER OPPOSING DISCLOSURE |
| EXPERT REPORT & CV DUE - PARTY WITH BURDEN | 03/13/23 |
| EXPERT REPORT & CV DUE - PARTY WITHOUT BURDEN | NO LATER THAN 45 DAYS AFTER OPPOSING REPORTS |
| DISPOSITIVE MOTION DEADLINE | 05/15/23 |
| DISCOVERY CUTOFF DATE | 06/12/23 |
| FINAL PRETRIAL CONFERENCE | 09/05/23 0900AM |
| TRIAL ASSIGNMENT | 09/19/23 0900AM |

**NOTICE TO ALL PARTIES**                    EXHIBIT C

Attorneys and unrepresented parties must become familiar with the 2020 amendments to the Ohio Rules of Civil Procedure and this court's Local Rules.

The Original Case Schedule is an important tool to assist the parties and the court in meeting case management guidelines in the Ohio Superintendence Rules, and otherwise achieving timely disposition of civil cases notwithstanding the priority given to criminal cases under Crim. R. 50.

Judicial Officers of this court may modify the Original Case Schedule following receipt of the parties' Joint Discovery Plan, or for good cause at any other point in the case. However, it is essential for attorneys and unrepresented parties to pursue their cases diligently from the outset. Deadlines set in the Rules and in this Original Case Schedule are normally binding, not merely aspirational.

**MARYELLEN O'SHAUGHNESSY**          EXHIBIT C

**FRANKLIN COUNTY CLERK OF COURTS**
**GENERAL DIVISION, COURT OF COMMON PLEAS**

CASE TITLE:  EARNEST O DUBLIN ET AL -VS- FETA TRANSPORT INC          CASE NUMBER: 22CV006429
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT of Plaintiff

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE
C/O FETA TRANSPORT INC
2155 DELHI ST N/E
HOLT, MI  48842

FETA TRANSPORT INC
2155 DELHI ST N/E
HOLT, MI  48842

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    \_ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:**  JOHN ALLEN SMALLEY
**Attorney for:**

MARYELLEN O'SHAUGHNESSY

<span style="color:blue">**EXHIBIT C**</span>

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE:  EARNEST O DUBLIN ET AL -VS- FETA TRANSPORT INC          CASE NUMBER: 22CV006429
ET AL


TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT of Plaintiff

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE
C/O FETA TRANSPORT INC
2155 DELHI ST N/E
HOLT, MI  48842

FETA TRANSPORT INC
2155 DELHI ST N/E
HOLT, MI  48842

<div style="border:1px solid black">

JUVENILE CITATIONS ONLY:

   HEARING TYPE:

   __ Date already scheduled at  :  Courtroom:

</div>


**Electronically Requested by:  JOHN ALLEN SMALLEY**
**Attorney for:**

E3515 – E3

EXHIBIT C



**MARYELLEN O'SHAUGHNESSY**
**CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215**
**CIVIL DIVISION**

EARNEST O. DUBLIN
1670 NIAGARA ROAD
COLUMBUS, OH 43227,

**PLAINTIFF,**
VS.
FETA TRANSPORT INC
2155 DELHI ST N/E
HOLT, MI 48842,

**22CV-09-6429**
**CASE NUMBER**

DEFENDANT.

**\*\*\*\* SUMMONS \*\*\*\***          09/16/22

TO THE FOLLOWING NAMED DEFENDANT:
        FETA TRANSPORT INC
        2155 DELHI ST N/E
        HOLT, MI 48842

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     EARNEST O. DUBLIN
        1670 NIAGARA ROAD
        COLUMBUS, OH 43227,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        JOHN A. SMALLEY
        DYER,GAROFALO,MANN & SCHU
        131 NORTH LUDLOW STREET
        SUITE 1400
        DAYTON, OH 45402

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  JANIE STANLEY, DEPUTY CLERK

                                        (CIV370-S03)

**E3515 - E4**

EXHIBIT C



**MARYELLEN O'SHAUGHNESSY**
**CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215**
**CIVIL DIVISION**

EARNEST O. DUBLIN
1670 NIAGARA ROAD
COLUMBUS, OH 43227,

          **PLAINTIFF,**
              **VS.**
FETA TRANSPORT INC
2155 DELHI ST N/E
HOLT, MI 48842,

          **DEFENDANT.**

**22CV-09-6429**
**CASE NUMBER**

CLERK OF COURTS

FILED
COMMON PLEAS COURT
FRANKLIN CO., OHIO
2022 SEP 19 PH 2:34

**\*\*\*\* SUMMONS \*\*\*\***          09/16/22

**TO THE FOLLOWING NAMED DEFENDANT:**
        JOHN DOE
        C/O FETA TRANSPORT INC
        2155 DELHI ST N/E
        HOLT, MI 48842


**YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO, BY:**    EARNEST O. DUBLIN
        1670 NIAGARA ROAD
        COLUMBUS, OH 43227,

                                          **PLAINTIFF(S).**

**A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:**
        JOHN A. SMALLEY
        DYER,GAROFALO,MANN & SCHU
        131 NORTH LUDLOW STREET
        SUITE 1400
        DAYTON, OH 45402

**YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.**

**IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**MARYELLEN O'SHAUGHNESSY**
**CLERK OF THE COMMON PLEAS**
**FRANKLIN COUNTY, OHIO**

**BY:  JANIE STANLEY, DEPUTY CLERK**

                                          **(CIV370-S03)**

`E3515 - A57`   EXHIBIT C

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

COMMON PLEAS C...
FILED
2022 SEP 19 PM 3:
CLERK OF COURTS

**C E R T I F I E D**
**M A I L**
**R E C E I P T**

**09/16/22**

**FETA TRANSPORT INC**
**2155 DELHI ST N/E**
**HOLT, MI**
          **48842**

**22CV-09-6429    C**

**EARNEST O. DUBLIN**
        **VS**
**FETA TRANSPORT INC**

**SERVICE ITEM: 01**
**ORIGINAL SUMMONS**

CERTIFIED
NUMBER

**9214890119 522808133332**

**CIV354**

E3515 — A58     EXHIBIT C

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

09/16/22

JOHN DOE
C/O FETA TRANSPORT IN
2155 DELHI ST N/E
HOLT, MI
           48842

22CV-09-6429   C

EARNEST O. DUBLIN
        VS
FETA TRANSPORT INC

SERVICE ITEM: 01
ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522808133325

CIV354

E352 **UNITED STATES POSTAL SERVICE.**

EXHIBIT C

Date Produced: 09/26/2022

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2808 1333 32. Our records indicate that this item was delivered on 09/22/2022 at 12:43 p.m. in HOLT, MI 48842. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Melissa Thurner*

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2022 SEP 27 PM 4:25
CLERK OF COURTS

Customer Reference Number:          4884222CV06429DUBLI

E352

**UNITED STATES**
**POSTAL SERVICE**

<span style="color:blue">EXHIBIT C</span>

Date Produced: 09/26/2022

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2808 1333 25. Our records indicate that this item was delivered on 09/22/2022 at 12:43 p.m. in HOLT, MI 48842. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2022 SEP 27 PM 4:25
CLERK OF COURTS

Customer Reference Number          4884222CV06429DUBLI

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Oct 19 3:42 PM-22CV006429

EXHIBIT C

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

**Earnest O. Dublin,** *et al.***,**

        Plaintiffs,

v.

**Feta Transport, Inc.,** *et al.***,**

        Defendants.

Case No. 22 CV 006429

Hon. Michael J. Holbrook

## NOTICE OF APPEARANCE OF JASON P. WALKER, ESQ.
## ON BEHALF OF DEFENDANT FETA TRANSPORT, INC.

      PLEASE TAKE NOTICE that Jason P. Walker, Esq. (0079535) of Rolfes Henry Co., LPA

hereby enters his appearance as trial counsel on behalf of Defendant Feta Transport, Inc. ("FTI").

Dated: October 19, 2022

                       Respectfully submitted,

                       ROLFES HENRY CO., LPA

                       */s/ Jason P. Walker*
                       Jason P. Walker (0079535)
                       Ryan M. Pelfrey (0099660)
                       41 South High Street, Suite 2300
                       Columbus, Ohio 43215
                       Phone: (614) 469-7130
                       Fax:    (614) 469-7146
                       Email:  jwalker@rolfeshenry.com
                                  rpelfrey@rolfeshenry.com

                       *ATTORNEYS FOR DEFENDANT*
                       *FETA TRANSPORT, INC.*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Oct 19 3:45 PM-22CV006429

EXHIBIT C

## CERTIFICATE OF SERVICE

I certify that on October 19, 2022, I filed the foregoing document using the Clerk of Courts'

ECF system, which will automatically generate notice of this filing to the email addresses of all

counsel of record.

*/s/ Jason P. Walker*

Jason P. Walker (0079535)

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Oct 19 3:42 PM-22CV006429

<div align="right">EXHIBIT C</div>

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

**Earnest O. Dublin,** *et al.*,

        Plaintiffs,

v.

**Feta Transport, Inc.,** *et al.*,

        Defendants.

Case No. 22 CV 006429

Hon. Michael J. Holbrook

**Jury Demand Endorsed Hereon**

---

**ANSWER AND DEFENSES OF DEFENDANT FETA TRANSPORT, INC.**

Now comes Defendant Feta Transport, Inc. ("FTI"), by and through counsel, and for its Answer to the September 16, 2022 Complaint of Earnest O. Dublin and Tina Kimberlin (collectively, "Plaintiffs"), avers as follows:

**FIRST CLAIM FOR RELIEF**

1.      FTI denies the allegations in paragraph 1 of Plaintiffs' Complaint.

2.      FTI denies the allegations in paragraph 2 of Plaintiffs' Complaint for want of knowledge or information sufficient to form a belief as to the truth of those allegations.

3.      FTI denies the allegations in paragraph 3 of Plaintiffs' Complaint.

4.      FTI denies the allegations in paragraph 4 of Plaintiffs' Complaint.

5.      FTI denies the allegations in paragraph 5 of Plaintiffs' Complaint.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Oct 19 3:45 PM-22CV006496

EXHIBIT C

## SECOND CLAIM FOR RELIEF

6.      FTI re-avers and incorporates the previous paragraphs as if fully set forth herein.

7.      FTI denies the allegations in paragraph 7 of Plaintiffs' Complaint.

8.      FTI denies the allegations in paragraph 8 of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

1.      One or more counts in Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

2.      Plaintiffs failed to join necessary and indispensable parties and/or entities needed for just adjudication of one or more of Plaintiffs' claims.

3.      Plaintiffs' recovery is barred, in whole or in part, by Plaintiffs' own comparative fault and/or negligence.

4.      Plaintiffs' recovery is capped and/or limited, in whole or in part, by R.C. § 2315.18, *et seq.*, and/or other applicable Ohio law.

5.      Defendant is entitled to a set-off for any collateral amounts paid to Plaintiffs and/or on Plaintiffs' behalf pursuant to *Robinson v. Bates*, 112 Ohio St.3d 17, 2006-Ohio-6362, 857 N.E.2d 1195; *Jaques v. Manton*, 125 Ohio St.3d 342, 2010-Ohio-1838, 928 N.E.2d 434; and/or other applicable Ohio law.

6.      Plaintiffs failed to mitigate their damages.

7.      Some or all of Plaintiffs' alleged damages were not foreseeably and/or proximately caused by Defendant's alleged acts and/or omissions.

8.     Plaintiffs barred FTI from obtaining evidence necessary to prove the existence or absence of the essential elements of their claim(s); and Plaintiffs' spoliation of the evidence precludes their recovery against FTI.

9.     The alleged motor vehicle incident never occurred.

10.   Plaintiffs' complaint constitutes frivolous conduct under R.C. §2323.51.

11.   Plaintiffs seek to recover for an accident which did not occur and their efforts in that regard constitute fraud.

12.   FTI reserves its right to add, delete, or amend these affirmative defenses.


**WHEREFORE**, Defendant Feta Transport, Inc. prays for dismissal of Plaintiffs' Complaint with prejudice, at expense to Plaintiffs; and for any other relief to which Defendant Feta Transport, Inc. may be entitled.


Dated:  October 19, 2022

Respectfully submitted,

ROLFES HENRY CO., LPA

*/s/ Jason P. Walker*
*/s/ Ryan M. Pelfrey*
Jason P. Walker (0079535)
Ryan M. Pelfrey (0099660)
41 South High Street, Suite 2300
Columbus, Ohio 43215
Phone:  (614) 469-7130
Fax:      (614) 469-7146
Email:  jwalker@rolfeshenry.com
            rpelfrey@rolfeshenry.com

*ATTORNEYS FOR DEFENDANT*
*FETA TRANSPORT, INC.*

EXHIBIT C

### JURY DEMAND

Pursuant to Civ.R. 38(B), Defendant Feta Transport, Inc. hereby demands a trial by jury on all issues of fact in this matter so triable.

*/s/ Jason P. Walker*
Jason P. Walker (0079535)

EXHIBIT C

## CERTIFICATE OF SERVICE

I certify that on October 19, 2022, I filed the foregoing document using the Clerk of Courts'

ECF system, which will automatically generate notice of this filing to the email addresses of all

counsel of record.

/s/ Jason P. Walker
Jason P. Walker (0079535)

EXHIBIT C

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| **Earnest O. Dublin,** *et al.***,** | |
| Plaintiffs, | Case No. 22 CV 006429 |
| v. | Hon. Michael J. Holbrook |
| **Feta Transport, Inc.,** *et al.***,** | |
| Defendants. | |

---

## NOTICE OF APPEARANCE OF RYAN M. PELFREY, ESQ.
## ON BEHALF OF DEFENDANT FETA TRANSPORT, INC.

---

PLEASE TAKE NOTICE that Ryan M. Pelfrey, Esq. (0099660) of Rolfes Henry Co., LPA

hereby enters his appearance as additional trial counsel on behalf of Defendant Feta Transport,

Inc. ("FTI").

Dated: October 19, 2022

Respectfully submitted,

ROLFES HENRY CO., LPA

*/s/ Ryan M. Pelfrey*
Jason P. Walker (0079535)
Ryan M. Pelfrey (0099660)
41 South High Street, Suite 2300
Columbus, Ohio 43215
Phone: (614) 469-7130
Fax:     (614) 469-7146
Email: jwalker@rolfeshenry.com
          rpelfrey@rolfeshenry.com

*ATTORNEYS FOR DEFENDANT*
*FETA TRANSPORT, INC.*

1

EXHIBIT C

## **CERTIFICATE OF SERVICE**

I certify that on October 19, 2022, I filed the foregoing document using the Clerk of Courts'
ECF system, which will automatically generate notice of this filing to the email addresses of all
counsel of record.

/s/ Ryan M. Pelfrey
Ryan M. Pelfrey (0099660)

EXHIBIT C

**IN THE COMMON PLEAS COURT OF FRANKLIN COUNTY, OHIO
CIVIL DIVISION**

| | | |
|---|---|---|
| Earnest O. Dublin, et al | : | Case No.: 22 CV 006429 |
| Plaintiffs, | : | Judge: Holbrook |
| vs. | : | |
| Transport Inc. FETA, et al | : | **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES** |
| Defendants. | : | |

     Now comes Plaintiff, Earnest O. Dublin, by and through counsel, and hereby submits his expert witness list with regard to the above captioned case:

**EXPERT WITNESSES**

    David Milliron, DC
    Mark Vonder Embse, DC
    Inner Health Chiropractic, Inc.
    1201 S. High Street
    Columbus, OH 43206

     Plaintiff specifically reserves the right to supplement his expert witness list in accordance with the rules of this Court and to call any and all expert witnesses designated by defense counsel as potential experts either through discovery or in Defendant's pretrial statement.

               Respectfully submitted,

               **DYER, GAROFALO, MANN & SCHULTZ**

                 /s/John A. Smalley     .
               John A. Smalley, Esq. (0029540)
               Attorney for Plaintiff
               131 N. Ludlow Street, Suite 1400
               Dayton, Ohio 45402
               (937) 223-8888
               Fax # (937) 824-8630
               jsmalley@dgmslaw.com

EXHIBIT C

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been served upon the following by regular and/or electronic mail this 16th day of November, 2022

Jason P. Walker, Esq.
Ryan M. Pelfrey, Esq.
Rolfes Henry Co., LPA
41 South High Street
Suite 2300
Columbus, OH 43215

    /s/John A. Smalley    .
John A. Smalley, Esq. (0029540)
Attorney for Plaintiff

EXHIBIT C

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

|  |  |  |
|---|---|---|
| **Earnest O. Dublin,** *et al.*, | ) | |
| | ) | Case No. 22 CV 006429 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Michael Holbrook |
| **Feta Transport, Inc.,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT FETA TRANSPORT INC.'S RULE 26 INITIAL DISCLOSURES

Now comes Defendant Feta Transport, Inc. ("FTI"), by and through counsel, and hereby makes the following initial disclosures pursuant to Civ.R. 26(B)(3):

**A.    Civ.R. 26(B)(3)(a)(i)**

FTI herein discloses the following names, and where known, the address and telephone number, of each individual who is likely to have discoverable information that FTI may use to support its claims and/or defenses. By identifying these witnesses, FTI does not represent that it has control over producing them to testify; nor does FTI make any representation about the content, scope, or relevancy of their knowledge.

    a.    Earnest O. Dublin
         1670 Niagara Road
         Columbus, Ohio 43227
         (614) 226-0572
         Regarding the factual events and allegations in the pleadings.

    b.    Tina Kimberlin
         4376 Belcher Court Apt. A
         Columbus, Ohio 43224
         (614) 288-9380
         Regarding the factual events and allegations in the pleadings.

1

EXHIBIT C

c.  Ofc. Michael Burgett, badge #1722
    Columbus Police Department
    120 Marconi Boulevard
    Columbus, Ohio 43215
    (614) 645-4545
    Regarding information with his name on it provided during the claim investigation.

d.  Mark Vonder Embse, DC / David Milliron, DC
    and/or other representative(s) of Inner Health Chiropractic
    1579 East Dublin-Granville Road
    Columbus, Ohio 43213
    (614) 888-8940
    Regarding the factual events and allegations in the pleadings.

e.  representative(s) of Excellence Enterprises, Inc.
    157 East Deshler Avenue
    Columbus, Ohio 43206
    (614) 489-7210
    Regarding the factual events and allegations in the pleadings.

f.  Randall A. Ricotta, Accident Reconstructionist
    Herndon & Associates
    33235 W Seven Mile Road
    Livonia, Michigan 48152
    800-961-2909
    Regarding information with his name on it provided during the claim investigation.

g.  Intertel, Inc.
    11800 Old Bluff Road
    Columbia, Illinois 62236
    800-791-7776
    Regarding information with its name on it provided during the claim investigation.


Any contact of the following individuals shall be through undersigned counsel.

h.  Marcia Abegg
    Auto-Owners Insurance
    P.O. Box 30660
    Lansing, Michigan 48909
    (517) 886-8679
    Regarding information with her name on it provided during the claim investigation.

i.  Sherry Bos
    Auto-Owners Insurance

EXHIBIT C

P.O. Box 30660
Lansing, Michigan 48909
(517) 886-8679
Regarding information with her name on it provided during the claim investigation.

j.    Bryan Thompson, and other representative(s) of Feta Transport, Inc.
2155 Delhi Street NE
Holt, Michigan 48842
Regarding the factual events and allegations in the pleadings.

k.    Cagkan Mustafaoglu
Regarding the factual events and allegations in the pleadings.

**B.**    **Civ.R. 26(B)(3)(a)(ii)**

FTI herein describes, by category and location, the documents, electronically stored information, and tangible things FTI has in its possession, custody, or control that FTI may use to support its claims or defenses.

The documents listed below are for purposes of discovery in this case only and are not an admission on behalf of FTI regarding their admissibility or responsiveness to the allegations made in this case. FTI expressly reserves the right to withhold or redact certain documentation on the basis of attorney-client privilege, work product doctrine, and/or court order.

| Documents | Description |
| --- | --- |
| **Policy and Declarations** | Copy of Auto-Owners Policy #52-644-466-00 and Declarations |
| **Crash Report** | Ohio Department of Public Safety Crash Report #220008534 |
| **Trailer** | 2022 Stoughton Dry Van 53', VIN: 1DW1A5329NSA86137 |
| **Herndon Report** | Report of Randall A. Ricotta, Herndon & Associates, and related documents |

3

EXHIBIT C

| Claim File Documents | Related claim file documents |
| --- | --- |
| Photographs | Photographs provided by FTI, and by Plaintiffs |
| Outside Counsel Correspondence | Communications to/from Plaintiffs' counsel |

**C.**     **Civ.R. 26(B)(3)(a)(iii)**

FTI has no computation of special damages to submit at this time.


**D.**     **Civ.R. 26(B)(3)(a)(iv)**

FTI states that a copy of Policy #52-644-466-00 is being produced (but not filed) along with these Initial Disclosures.


<u>**Reservations**</u>

The information provided in these Initial Disclosures is based upon FTI's knowledge of persons and materials now available and specifically known to FTI. As necessary, FTI reserves the right to supplement these Disclosures in accordance with the requirements of the Court and the Ohio Rules of Civil Procedure.

Dated: November 17, 2022


Respectfully submitted,

ROLFES HENRY CO., LPA

Jason P. Walker (0079535)
Ryan M. Pelfrey (0099660)

4

EXHIBIT C

41 South High Street, Suite 2300
Columbus, Ohio 43215
P: (614) 469-7130
F: (614) 469-7146
E: jwalker@rolfeshenry.com
E: rpelfrey@rolfeshenry.com

*ATTORNEYS FOR DEFENDANT*
*FETA TRANSPORT, INC.*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Nov 17 1:35 PM-22CV006429

EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Initial Disclosures was filed today, November 17, 2022, using the Clerk of Courts' ECF system, which will automatically generate electronic notice of this filing to the email addresses of all attorneys on record.

Jason P. Walker, Esq. (0079535)

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Nov 17 4:15 PM-22CV006429
EXHIBIT C

File # 22-25002– November 17, 2022 – JPW/nlc
Attorneys for Defendant Feta Transport, Inc.

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

**Earnest O. Dublin,** *et al.*

     Plaintiffs,

CASE NO. 22 CV 006429

vs.

Judge Michael J. Holbrook

**Feta Transport, Inc.,** *et al.*

     Defendants.

## NOTICE OF SERVICE OF WRITTEN DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on November 17, 2022, Defendant Feta Transport, Inc. ("Feta") served each Plaintiff with a First Set of Requests for Admission. Feta has requested Plaintiffs' responses within twenty-eight (28) days of service.

Respectfully submitted,

*/s/ Jason P. Walker*
*/s/ Ryan M. Pelfrey*
Jason P. Walker (0079535)
Ryan M. Pelfrey (0099660)
Rolfes Henry Co., LPA
41 South High Street, Suite 2300
Columbus, Ohio 43215
T: (614) 469-7130
F: (614) 469-7146
E: jwalker@rolfeshenry.com
E: rpelfrey@rolfeshenry.com

***ATTORNEYS FOR DEFENDANT***
***FETA TRANSPORT, INC.***

EXHIBIT C

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing <u>Notice of Service</u> was electronically filed today, November 17, 2022.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.

John A. Smalley, Esq.
Dyer, Garofalo, Mann & Schultz
131 North Ludlow Street, Suite 1400
Dayton, Ohio 45402

*Attorney for Plaintiffs*

/s/ Jason P. Walker
Jason P. Walker (0079535)

<div align="right">

**EXHIBIT C**

</div>

<div align="center">

**IN THE COURT OF COMMON PLEAS**
**FRANKLIN COUNTY, OHIO**

</div>

| | | |
|---|---|---|
| Earnest O. Dublin, et al. | : | Case No.: 22 CV 006429 |
| Plaintiff's, | : | Judge: Michael J. Holbrook |
| vs. | : | |
| Feta Transport, Inc., et al. | : | **NOTICE OF COMPLIANCE** |
| Defendant's, | : | |

Plaintiff has responded to Defendant's First Set of Requests for Admission, Directed to Plaintiff's, Tina Kimberlin and Earnest O. Dublin, by serving a copy of the requested responses to Defendant's counsel of record as indicated in the Certificate of Service.

Respectfully submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

_____/s/ John A. Smalley_____
John A. Smalley (0029540)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio 45402
Telephone # (937) 223-8888
Facsimile # (937) 223-0127
jsmalley@dgmslaw.com

EXHIBIT C

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a copy of the foregoing has been served upon the following by regular and/or electronic mail this 23 day of November, 2022

Jason P Walker, Esq.
Ryan M. Pelfrey, Esq.
Rolfes Henry Co., LPA
41 S. High Street, Suite 2300
Columbus, OH 43215

_____/s/ John A. Smalley\_\_\_\_
John A. Smalley (0029540)
Attorney for Plaintiff